FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STANISLAV T.,<br><br>                    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | NO. 2:25-CV-0261-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Plaintiff's Motion to Continue (ECF No. 14). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed. For the reasons discussed below, Plaintiff's motion is **DENIED** and Plaintiff's Complaint is **DISMISSED.**

On July 21, 2025, Plaintiff, proceeding *pro se* filed a complaint for judicial review of the Commissioner's denial of Plaintiff's application for supplemental security income. ECF No. 1. Defendant filed the administrative record on

ORDER OF DISMISSAL ~ 1

September 16, 2025.  ECF No. 7.

Plaintiff was required to "file and serve on the Commissioner a brief with the requested relief within 30 days after the answer is filed."  FED. R. CIV. P. SUPP. SS 6.  Almost eleven months have passed since Defendant filed its answer.  ECF No. 7.  Accordingly, on April 7, 2026, the Court issued an order to show cause as to why the case should not be dismissed for failure to prosecute the case.  ECF No. 9.  Plaintiff stated he had an attorney, who has not appeared, and referenced his own struggles.  ECF No. 11.  As a result, the Court issued a Second Order to Show Cause.  ECF No. 13.

On July 15, 2026, Plaintiff moved to continue the case.  ECF No. 14.  Plaintiff explains his willingness to consider other options other than Social Security Insurance benefits.  *Id.*  Plaintiff provides details regarding his financial situation and other struggles.  ECF No. 14.  However, Plaintiff fails to provide any details on the length of continuance necessary or any steps he aims to take to prosecute his case.  ECF No. 14.

The Court weighs the following five factors to determine whether dismissal is appropriate: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."  *Pagtalunan v. Galaza*,

ORDER OF DISMISSAL ~ 2

291 F.3d 639, 642 (9th Cir. 2002).

Many of the factors weigh in favor of dismissal. *Pagtalunan*, 291 F.3d at 642 ("The public's interest in expeditious resolution of litigation always favors dismissal.") (quoting *Yourish v. California Amplifier,* 191 F.3d 983, 990 (9th Cir. 1999)); *Henderson v. Duncan*, 779 F.2d 1421, 1425 (9th Cir. 1986) (finding dismissal proper after multiple warnings). The case has been pending for almost a year without any opening brief filed or appearance of counsel. ECF No. 1. Additionally, Plaintiff has been warned twice about the risk of dismissal and fails to provide facts about how he plans to prosecute or move his case forward. ECF Nos. 9; 13. While the Court aims to adjudicate on the merits, the Court cannot provide Plaintiff with other remedies or his requested relief. ECF No. 14; *Pagtalunan,* 291 F.3d at 643 ("Public policy favors disposition of cases on the merits."). The Court is empathetic to Plaintiff's struggles; however, it has provided ample time and opportunities for Plaintiff to establish his case. Accordingly, the Court dismisses Plaintiff's case for failure to prosecute with prejudice. *Andino v. Comm'r of Soc. Sec. Admin.*, 2018 WL 5113120, at *2 (D. Ariz. Oct. 19, 2018) ("[A] dismissal without prejudice will essentially operate the same as a dismissal with prejudice because Plaintiff's sixty day window from the date of the Commissioner's final decision within which she must appeal has now closed.").

ORDER OF DISMISSAL ~ 3

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Continue (ECF No. 14) is **DENIED**.

2. Plaintiff's Complaint and all claims against Defendant (ECF No. 1) are

   **DISMISSED with prejudice.**

The District Court Executive is directed to enter this Order, enter judgment of dismissal, furnish a copy to Plaintiff and counsel, and **close** the file.

DATED August 11, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 4